# United States District Court
EASTERN DISTRICT OF WISCONSIN

MIKO THOMAS,

        Plaintiff,

    v.

JBS GREEN BAY, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-861

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and the case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: February 15, 2024

GINA M. COLLETTI
Clerk of Court

s/ Kyle W. Frederickson
(By) Deputy Clerk